UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JOSE FERMIN MOTA, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:25-cv-00179-SDN |
| ANDROSCOGGIN COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On June 17, 2025, the Magistrate Judge recommended the Court dismiss all claims raised in Plaintiff's complaint (ECF No. 1) except for Plaintiff's Eighth Amendment claim against Defendant Sergeant Gendron. ECF No. 11.

The time within which to file objections expired on July 1, 2025, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive his right to de novo review and appeal.

Notwithstanding Plaintiff's waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 11. All claims except Plaintiff's Eighth Amendment claim against Defendant Gendron are **DISMISSED.**

**SO ORDERED.**

Dated this 16th day of July, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**